# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

DEC 0 2 2019

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

December 1, 2019

Via ECF

Hon. Alison J. Nathan, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom: 906
New York, NY 10007
Tel: 212-805-0278

        Re: <u>Saenz v. S.W. Management LLC et al</u>
            Case #: 19-CV-5717 (AJN)
            Motion for Extension of Time

Dear Judge Nathan:

**SO ORDERED**

My firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a brief one-week extension of the December 1, 2019 deadline for the filing of a motion for settlement approval, etc. This request is being made because the parties need the additional time to finalize the required papers. We are also conferring as to Magistrate-Judge consent. No prior request for an adjournment of this deadline was made.

We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq.

cc:     **Defense Counsel via ECF**

SO ORDERED: 12/2/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

1