# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

January 21, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2020

**Via ECF**

Hon. Barbara C. Moses, USMJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
January 22, 2020

Re: <u>Saenz v. S.W. Management LLC et al</u>
Case #: 19-CV-5717 (BCM)
**Motion for Extension of Time**

**MEMO ENDORSED**

Dear Magistrate-Judge Moses:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a brief one-week extension of the deadline for the filing of a motion for settlement approval, etc. This request is being made because the parties need the additional time to finalize any additional required papers. No prior request for an adjournment of this conference was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____

By: Abdul K. Hassan, Esq.

**cc:** Defense Counsel via ECF